IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED RENTALS, INC.,<br><br>                  Plaintiff,<br><br>vs.<br><br>JEFF REYNOLDS,<br><br>                  Defendant. | 4:13CV3029<br><br>**ORDER** |

This matter is before the court on United Rentals, Inc.'s Motion for Expedited Briefing and Consideration of its Motion to Compel Further Response to Subpoena by Nebraska Machinery Company, (Filing No. 4), and Interested Party, Nebraska Machinery Co.'s Objection to United Rentals' motion, (Filing No. 13).[1]

Having reviewed the respective briefs filed by the United Rentals and Nebraska Machinery Co. and finding good cause exists for expedited briefing and a hearing on the matter,

IT IS ORDERED, that United Rentals' Motion for Expedited Briefing and Consideration, (Filing No. 4) is granted and Nebraska Machinery Co.'s Objection, (Filing No. 13) is overruled as follows:

1)  Nebraska Machinery Company shall submit its brief in response to United Rentals' Motion to Compel on or before February 19, 2013. No reply brief shall be filed absent leave of the court.

2)  The parties shall participate in a telephonic hearing on February 21, 2013 at 1:00 p.m. Counsel for plaintiff shall initiate the call. The hearing will be

---

[1] Plaintiff's underlying Motion to Compel was filed as a part of the discovery process of a law suit currently pending in the United Stated District Court, District of Connecticut (Case No. 3:12cv01421).

placed on the record so that the United States District Court for the District of Connecticut may access the audio file through the PACER service.

Dated this 14th day of February, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge