IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED RENTALS, INC., | |
| Plaintiff, | 4:13-CV-3029 |
| vs. | ORDER |
| JEFF REYNOLDS, | |
| Defendant. | |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before May 2, 2013, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case may be dismissed without further notice.

3. All pending motions are held in abeyance until May 2, 2013, pending filing of the above-reference stipulation.

4. The Clerk of the Court shall set a dismissal papers deadline of May 2, 2013.

Dated this 2nd day of April, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge